**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Fagen, Inc. and Platinum Ethanol LLC,

                Plaintiffs,

v.

GreenShift Corporation and GS Cleantech Corporation,

                Defendants.

Civ. No. 11-1050 (RHK/JJK)
**ORDER**

---

This matter is before the Court *sua sponte*. Having reviewed Defendants' submission in response to the Court's Order to Show Cause regarding diversity jurisdiction, and having concluded that Defendants have made a sufficient showing that jurisdiction exists in this action because the parties are diverse, **IT IS ORDERED** that the Court's Order to Show Cause (Doc. No. 3) is **DISCHARGED**.

Date: April 27, 2011

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge